*Judge Hellerstein*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MEDITERRANEAN SHIPPING
COMPANY S.A.,

        Plaintiff,

-against-

WORLDWIDE PAPER CO., d/b/a
SINGAPORE RECYCLE CENTRE PTE
LTD., d/b/a XINTAR INTERNATIONAL
TRADING AND TECHNOLOGIES, INC.,
d/b/a SCT CO., LTD., d/b/a
PENINPLASTIC S.L. d/b/a OSK PAPER
INTERNATIONAL INC.,

        Defendants.

07 CV 7438

07 CV _____

RULE 7.1 STATEMENT

---

PLEASE TAKE NOTICE that EDWARD A. KEANE, of the firm of MAHONEY & KEANE, LLP, attorneys of record for Plaintiff, MEDITERRANEAN SHIPPING COMPANY, S.A., certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of MEDITERRANEAN SHIPPING COMPANY, S.A.

Dated: New York, NY

    August 21, 2007

                              Respectfully submitted,

                              MAHONEY & KEANE, LLP.
                              Attorneys for Plaintiff
                              **MEDITERRANEAN SHIPPING COMPANY S.A.**

    By: _____
                Edward A. Keane (EK 1398)
                111 Broadway, 10th Floor

New York, NY 10006
Tel. (212) 385-1422
Fax (212) 385-1605
Our File No. 12/3441

SERVICE LIST

WORLDWIDE PAPER CO.
2615 Three Oaks Road, Suite 2A2
Cary, IL 60014

WORLDWIDE PAPER CO.
Room 302 Vilagcera Building, No. 2
Hoang Quoc Viet Street,
Ha Noi, Vietnam

SINGAPORE RECYCLE CENTRE PTE LTD
2615 Three Oaks Road, Suite 2A2
Cary, IL 60014

SCT CO., LTD
1Siam Cement Road, Bangsue
Bangkok, Thailand 10800

OSK PAPER INTERNATIONAL INC.
1513 Paces Commons Drive, N.W.
Duluth, GA

WORLDWIDE PAPER CO.
21F, Zhong Xin Mansion, No. 247
Liao Ning Rd.
Qingdao, China

SINGAPORE RECYCLE CENTRE PTE LTD.
No. 10 Tuas Avenue 16
Singapore 638931.

XINTAR INTERNATIONAL TRADING AND TECHNOLOGIES, INC.
4721 Highway 7,
E. Markham, Ontario L3P7S6
Canada

PENINPLASTIC S.L.
Passeig De Garcia, 41-3
OLA, Spain

SINGAPORE RECYCLE CENTRE PTE LTD
28 Sungei Kadut Way, #02-00
Singapore 729570