# MAHONEY & KEANE, LLP

Edward A. Keane*
Cornelius A. Mahoney*
Garth S. Wolfson*

Jorge A. Rodriguez*†

Of Counsel
Stephen J. Murray

*Also admitted in NJ
†Also admitted in CT

*Attorneys at Law*
*111 Broadway, Tenth Floor*
*New York, New York 10006*
Telephone (212) 385-1422
Facsimile (212) 385-1605
lawoffices@mahoneykeane.com

Connecticut Office

14 Pilgrim Lane
Weston, CT 06883
Tel: (203) 222-1019
Fax: (203) 222-0252

2007

10/16/07

October 15, 2007

THIS TRANSMISSION CONSISTS OF TWO PAGES
VIA FAX (212) 805-7942

Honorable Alvin K. Hellerstein
United States Courthouse for
Southern District of New York
Room 1050
500 Pearl Street
New York, NY 10007

*[handwritten: conf. adjourned to Nov. 30, 2007, 9:30 am. 10-15-07  AKH]*

Re:   MEDITERRANEAN SHIPPING CO. v.
      WORLDWIDE PAPER CO., SINGAPORE
      RECYCLE CENTRE, et al.
      USDC/SDNY – 07 CIV 7438 (Hellerstein)
      File No. 12/3441

Honorable Sir:

    We represent the Plaintiff, MEDITERRANEAN SHIPPING CO., in the above-referenced action. Our records show that there is a preliminary conference before the Court on **Friday, October 19, 2007**. As the Defendants in this matter are entities that cannot be found in this forum, we have sought to ensure their appearance by attempting to retrain any funds belonging to Defendants that may be found in the district. Pursuant to this Court's Ex Parte Order of Attachment, we have been serving garnishees, in an effort to find such funds. Plaintiff was notified on October 11, 2007 that garnishee WACHOVIA BANK N.A. had restrained the funds belonging to Defendant SINGAPORE RECYCLE CENTRE ("SINGAPORE"). We have provided Defendant SINGAPORE with notice of garnishment, pursuant to Rule B(2) of the Supplemental Admiralty Rules of the Fed. R. Civ. P. As of today, no other funds have been restrained relating to this matter. As SINGAPORE's funds were restrained only on October 11, 2007, we do not believe that they will have sufficient time to appear before the scheduled conference. As such, we ask that this Court adjourn this matter until **November 23, 2007**, in order to provide time for Defendant SINGAPORE to obtain local counsel.

**MAHONEY and KEANE**

       This is Plaintiff's first request for an adjournment. As no other party to this action has formally appeared, we have not sought consent from the other parties.

       Thank you for your attention in this matter.

                               Respectfully submitted,

                               MAHONEY & KEANE LLP

                               By: _____
                                   Jorge A. Rodriguez

CC:    SINGAPORE RECYCLE CENTRE PTE LTD
         28 Sungei Kadut Way, #02-00
         Singapore 729570