
Joseph A. Vogel (JV-5533)
KRAVET & VOGEL, LLP
1040 Avenue of the Americas, Suite 1101
New York, New York 10018-3703
212-997-7634

*Attorneys for Garnishee Standard Chartered Bank*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MEDITERRANEAN SHIPPING
COMPANY S.A.,

                        Plaintiff,         07 CIV 7438 (AKH)

   -against-

WORLDWIDE PAPER CO., d/b/a         ANSWER OF GARNISHEE
SINGAPORE RECYCLE CENTRE PTE LTD.,  STANDARD CHARTERED BANK IN
d/b/a XINTAR INTERNATIONAL TRADING  RESPONSE TO MARITIME
AND TECHNOLOGIES, INC., d/b/a SCT CO.,  ATTACHMENT AND GARNISHMENT
LTD., d/b/a PENINPLASTIC S.L. d/b/a
OSK PAPER INTERNATIONAL INC.,

                        Defendants
-----------------------------------------------------------x

TO THE MARSHALL OF THE SOUTHERN DISTRICT OF NEW YORK:

      In compliance with Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and

Maritime Claims of the Federal Rules of Civil Procedure, and in reference to that certain Process

of Maritime Attachment and Garnishment, as initially served upon garnishee STANDARD

CHARTERED BANK, One Madison Avenue, New York, New York 10010 and again thereafter,

garnishee STANDARD CHARTERED BANK, by its attorneys Kravet & Vogel, LLP, as its

verified answer does hereby state that on the date of service upon garnishee of another copy of

the aforementioned Process of Maritime Attachment and Garnishment, and as of the date of this

response, STANDARD CHARTERED BANK, New York Branch, had no property or assets in

#1256                                      1

its possession or custody owing or belonging to the defendants except for the following three (3) wire transfers which have been restrained in the amounts indicated pending further court order pursuant to the aforesaid Process of Maritime Attachment and Garnishment:

Wire No. 1:

| | |
|---|---|
| Transaction Reference: | 20070904-00058269 |
| Sender Reference Number: | 5493500247JS |
| Wire Transfer Request Received (NY): | September 4, 2007 |
| Value Date: | September 4, 2007 |
| Amount of Wire: | US$8,634.73 |
| Amount Restrained: | US$8,634.73 |
| Originator: | **Singapore Recycle Centre Pte Ltd**<br>28 Sungei Kadut Way 02-00<br>Singapore 729570 |
| Originator's Bank: | Mega International Commercial Bank Co., Ltd.<br>Singapore Branch<br>Unit 39-03<br>Singapore, SG |
| Beneficiary: | Standard Chartered Bank<br>17 Parliament Street<br>New Delhi, IN |
| Beneficiary Bank: | Standard Chartered Bank<br>23-25 Mahtmaghandhi Road<br>Mumbai, India |

Wire No. 2:

| | |
|---|---|
| Transaction Reference: | 20070905-00022681 |
| Sender Reference Number: | 2020T07090500614 |
| Wire Transfer Request Received (NY): | September 5, 2007 |
| Value Date: | September 5, 2007 |
| Amount of Wire: | US$4,320.00 |
| Amount Restrained: | US$4,320.00 |
| Originator: | Hang Tong Development Co<br>Flat D 28 F Block E<br>Tsuen Tak Garden<br>Tsuen Wan  NT |
| Originator's Bank: | Standard Chartered Bank HK Ltd.<br>4-4A Des Voeux Road Central<br>Hong Kong |
| Beneficiary: | **Peninplastic S L**<br>P Gracia 41 3R 1 RA 08007 Barcelona<br>Spain |

Beneficiary Bank:                          Banco Popular Espanol
                                           C/Los Torneros, No. 9
                                           Pol. Ind. Los Angeles, Getafe
                                           Madrid 28906, Spain

Wire No. 3:

Transaction Reference:                     20071031-00038286
Sender Reference Number:                   OT02090710311251
Wire Transfer Request Received (NY):       October 31, 2007
Value Date:                                October 31, 2007
Amount of Wire:                            US$3,318.00
Amount Restrained:                         US$3,318.00
Originator:                                Paper Board International Corpora
                                           United Arab Emirates, Dubai, PO 18101
Originator's Bank:                         Standard Chartered Bank
                                           Treasury
                                           Al Mankhool Road
                                           Dubai U.A.E.
Beneficiary:                               **Worldwide Paper**
Beneficiary Bank:                          Indian Overseas Bank
                                           7 Sri Sailam Gandhi Nagar
                                           Bangalore City Br India


Dated:      New York, New York
            December 27, 2007

                                           KRAVET & VOGEL, LLP

                                           By: _____
                                              Joseph A. Vogel (JV-5533)

                                           1040 Avenue of the Americas, Suite 1101
                                           New York, New York 10018-3703
                                           212-997-7634
                                           *Attorneys for Garnishee Standard Chartered Bank*


TO:    Mahoney & Keane, LLP
       111 Broadway
       New York, NY 10006
       (212) 385-1422
       *Attorneys for Plaintiff*


#1256                                      3

## VERIFICATION

STATE OF NEW YORK            )
                             )ss.:
COUNTY OF NEW YORK           )

JAYSON JARUSHEWSKY, being duly sworn, deposes and states as follows: I am Executive Vice President and Head of Legal –The Americas, for Standard Chartered Bank, and have reviewed the contents of the forgoing Answer of Garnishee Standard Chartered Bank in Response to Maritime Attachment and Garnishment and know the contents thereof and that the same are true as to my own personal knowledge, except as to those matters stated to be upon information and belief, and as to those matters I believe them to be true. I base my information upon personal knowledge and a review of the Bank's files relating to this matter.

_____
JAYSON JARUSHEWSKY

Sworn to before me this
26th day of December 2007

_____
Notary Public

JOHANNA G. VARGAS - Terrero
NOTARY PUBLIC, State of New York
No. 01VA6127634
Qualified in Bronx County
Commission Expires May 31, 2009

#1256                                  4