BLANK ROME LLP
Attorneys for Defendant
SINGAPORE RECYCLE CENTRE PTE LTD.
LeRoy Lambert (LL-3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDITERRANEAN SHIPPING COMPANY S.A.,<br><br>Plaintiff,<br><br>-against-<br><br>WORLD WIDE PAPER CO., d/b/a SINGAPORE RECYCLE CENTRE PTE LTD., d/b/a XINTAR INTERNATIONAL TRADING AND TECHNOLOGIES, INC., d/b/a SCT CO., LTD., d/b/a PENINPLASTIC S.L. d/b/a OSK PAPER INTERNAITONAL INC.,<br><br>Defendants. | 07 Civ. 7438 (AKH)<br><br>**Rule 7.1 Statement** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant, SINGAPORE RECYCLE CENTRE PTE LTD. ("Defendant"), certifies that, according to information provided to counsel by its client, Defendant SINGAPORE RECYCLE CENTRE PTE LTD. is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:    New York, New York
         January 9, 2008

                                    BLANK ROME LLP
                                    Attorneys for Defendant
                                    SINGAPORE RECYCLE CENTRE PTE LTD.

                            By _____
                                    LeRoy Lambert (LL 3519)
                                    The Chrysler Building
                                    405 Lexington Avenue
                                    New York, NY 10174-0208
                                    Tel.: (212) 885-5000

128692.00601/6604061v.1