BLANK ROME LLP
Attorneys for Defendant
SINGAPORE RECYCLE CENTRE PTE LTD.
LeRoy Lambert (LL-3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDITERRANEAN SHIPPING COMPANY S.A.,<br><br>                Plaintiff,<br><br>              -against-<br><br>WORLD WIDE PAPER CO., d/b/a SINGAPORE RECYCLE CENTRE PTE LTD., d/b/a XINTAR INTERNATIONAL TRADING AND TECHNOLOGIES, INC., d/b/a SCT CO., LTD., d/b/a PENINPLASTIC S.L. d/b/a OSK PAPER INTERNAITONAL INC.,<br><br>              Defendants. | 07 Civ. 7438 (AKH)<br><br>**NOTICE OF RESTRICTED APPEARANCE** |

Pursuant to Supplemental Rule E(8) for Admiralty or Maritime Claims and Asset Forfeiture Claims, Defendant SINGAPORE RECYCLE CENTRE PTE LTD., appears specially herein.

Dated:      New York, New York
              January 9, 2008

                                                  BLANK ROME LLP
                                                  Attorneys for Defendant
                                                  SINGAPORE RECYCLE CENTRE PTE LTD.

                                             By _____
                                                  LeRoy Lambert (LL 3519)
                                                  The Chrysler Building
                                                  405 Lexington Avenue
                                                  New York, NY 10174-0208
                                                  Tel.: (212) 885-5000

128692.00601/6604285v.1