UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDITERRANEAN SHIPPING COMPANY S.A., <br><br> Plaintiff, <br><br> -against- <br><br> WORLDWIDE PAPER CO., d/b/a SINGAPORE RECYCLE CENTRE PTE LTD., d/b/a XINTAR INTERNATIONAL TRADING AND TECHNOLOGIES, INC., d/b/a SCT CO., LTD., d/b/a PENINPLASTIC S.L. d/b/a OSK PAPER INTERNATIONAL INC., <br><br> Defendants. | 1:07-cv-7438 (Hellerstein) <br><br><br> NOTICE OF MOTION |

PLEASE TAKE NOTICE that Plaintiff, MEDITERREAN SHIPPING COMPANY S.A., by its attorneys, MAHONEY & KEANE LLP, will move this Court before the Honorable Alvin K. Hellerstein, at The United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY, on January 31, 2008, at 9:00 AM, or as soon thereafter as counsel may be heard for an order, pursuant to Rule 6 of the Federal Rules of Civil Procedure, granting Plaintiff an extension nunc pro tunc to make service of process pursuant to Supplemental Rule B of the Federal Rules of Civil Procedure, and for such other and further relief as this Honorable Court may deem just and proper.

Dated: New York, NY

   January 15, 2008

- 2 -

        Respectfully submitted,

        MAHONEY & KEANE, LLP.
        Attorneys for Plaintiff
        **MEDITERRANEAN SHIPPING COMPANY S.A.**

By: _____
        Edward A. Keane (EK 1398)
        111 Broadway, 10th Floor
        New York, NY 10006
        Tel. (212) 385-1422
        Fax (212) 385-1605
        Our File No. 12/3441