# Exhibit 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MEDITERRANEAN SHIPPING
COMPANY S.A.,

        Plaintiff,

-against-

WORLDWIDE PAPER CO., d/b/a
SINGAPORE RECYCLE CENTRE PTE
LTD., d/b/a XINTAR INTERNATIONAL
TRADING AND TECHNOLOGIES, INC.,
d/b/a SCT CO., LTD., d/b/a
PENINPLASTIC S.L. d/b/a OSK PAPER
INTERNATIONAL INC.,

        Defendants.

07 CV _____

AFFIDAVIT IN SUPPORT OF
PRAYER FOR ATTACHMENT
AND GARNISHMENT

---

STATE OF NEW YORK   :
                              : SS.:
COUNTY OF NEW YORK  :

EDWARD A. KEANE, being duly sworn, deposes and says:

1. I am a member of the bar of this Honorable Court and a partner with the firm of MAHONEY & KEANE, LLP, attorneys for Plaintiff herein. I am familiar with the circumstances of the Complaint filed in this action and the underlying cause of action.

2. I make this Affidavit in support of Plaintiff, MEDITERRANEAN SHIPPING COMPANY S.A.'s ("MSC" or "Plaintiff") prayer for the issuance of a Writ of Maritime Attachment and Garnishment, pursuant to Rule B of the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure [hereinafter "Rule B"].

3. I have made an investigation and am informed and believe based upon the results of this investigation, that Defendants, WORLDWIDE PAPER CO. ("WORLDWIDE")

- 1 -

and SINGAPORE RECYCLE CENTRE PTE LTD. ("SINGAPORE") are foreign corporations or other foreign business entities which cannon be "found" within the district for the purposes of an attachment under Rule B.

4. In support of these positions, deponent has conducted the following investigation:

5. I have contacted the office of the Secretary of State, Division of Corporations on August 17, 2007, through its information data base and there was no current listing for Defendants WORLDWIDE and SINGAPORE.

6. I have reviewed the current telephone directories, and also consulted with Directory Assistance for the areas over which this District, the United States District Court for the Southern District of New York, has jurisdiction, specifically New York (Manhattan) Borough, Bronx Borough, Dutchess, Westchester, Rockland, Sullivan, Orange, and Putnam Counties:

(a) No listings for Defendants WORLDWIDE or SINGAPORE were found;

(b) Deponent is unaware of any general or managing agent within the Southern District of New York for Defendants;

(c) No papers held by Plaintiff, and reviewed by this deponent indicate any presence of Defendants in or around the New York City area;

(d) A search of the internet, or worldwide web, using search engines Google and Yahoo failed to demonstrate any presence of Defendants in or about the New York City area.

7. Based upon the foregoing, your deponent submits that Defendants cannot be "found" within this district for the purpose of an attachment or garnishment under Rule B.

8. I submit that Defendants cannot be found within this District within the meaning of Rule B including, <u>inter alia</u>, the continuous or systematic conduct of business in this district.

9. Upon information and belief, Defendants have or will have during the pendency of this action, tangible and intangible property within the District in the hands of Bank of America, Bank of New York, Citibank, HSBC Bank USA NA, J.P.Morgan Chase, Standard Chartered Bank, Siam Commercial Bank, Wachovia Bank N.A., Deutsche Bank AG, ABN AMRO Bank N.V., American Express Bank Ltd. and/or other financial institutions found within the Southern District of New York.

10. The reason Plaintiff is moving or order of attachment rather than regular motion is the urgency of this matter.

11. No application for this or similar relief has been sought in this district.

WHEREFORE, Plaintiff respectfully requests that the Court authorize the issuance of process in the form of a Writ of Maritime Attachment and Garnishment seeking attachment and garnishment of Defendants' tangible and intangible property within this district, including, inter alia, such property in the hands of Bank of America, Bank of New York, Citibank, HSBC Bank USA N.A., J.P.Morgan Chase, Standard Chartered Bank, Siam Commercial Bank, Wachovia Bank N.A, Deutsche Bank AG, ABN AMRO Bank N.V., and/or American Express Bank Ltd.

EDWARD A. KEANE (EK 1398)

Sworn to before me this

21st day of August, 2007

Notary Public

JORGE RODRIGUEZ
NOTARY PUBLIC
State of New York No. 02RO6128023
Qualified in New York County
Term Expires 06/06/2009