# Exhibit 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MEDITERRANEAN SHIPPING
COMPANY S.A.,

Plaintiff,

-against-

WORLDWIDE PAPER CO., d/b/a
SINGAPORE RECYCLE CENTRE PTE
LTD., d/b/a XINTAR INTERNATIONAL
TRADING AND TECHNOLOGIES, INC.,
d/b/a SCT CO., LTD., d/b/a
PENINPLASTIC S.L. d/b/a OSK PAPER
INTERNATIONAL INC.,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/07

07 CV 7438 (AKH)

EX PARTE ORDER FOR
PROCESS OF
MARITIME ATTACHMENT

WHEREAS, on August 22, 2007, Plaintiff MEDITERRANEAN SHIPPING COMPANY S.A. ("MSC" or "Plaintiff"), filed a Complaint herein against Defendants **WORLDWIDE PAPER CO. ("WORLDWIDE") and SINGAPORE RECYCLE CENTRE PTE LTD. ("SINGAPORE")**, for damages in the amount of **$1,244,182.87**, exclusive of interest, costs and reasonable attorney's fees, and praying for the issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and

WHEREAS, the Process of Maritime Attachment and Garnishment would command the United States Marshal or other designated process server attach any and all of Defendants' property within the District of this court; and

WHEREAS, the Court has reviewed the Complaint and the Supporting Affidavit, and the conditions of Supplemental Admiralty Rule B appearing to exist, it is hereby

ORDERED, that process of Maritime Attachment and Garnishment shall issue against all tangible or intangible property belonging to, claimed by or being held for Defendants by any garnishees within this District, including but not limited to Bank of America, Bank of New York, Citibank N.A., HSBC Bank USA NA, J.P. Morgan Chase, Standard Chartered Bank, Siam Commercial Bank, Wachovia Bank N.A., Deutsche Bank AG, ABN AMRO Bank NV, and/or American Express Bank Ltd., in the amount of **$1,244,182.87,** pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and it is further

ORDERED, that any person claiming an interest in the property attached or garnished pursuant to said order shall, upon application to this Court, be entitled to a prompt hearing at which Plaintiff shall be required to show cause why the attachment and garnishment should not be vacated or other relief granted, and it is further

ORDERED, that supplemental process enforcing the Court's Order may be issued by the Clerk upon application without further Order of the Court, and it is further

ORDERED, that following initial service by the United Stated Marshal or other designated process served upon such garnishee, that supplemental or subsequent service of the Process of Maritime Attachment and Garnishment, as well as this Order, may be made by way of facsimile transmission or e-mail to each garnishee and that such garnishee personally served shall furnish to Plaintiff's counsel, the U.S. Marshal or designated process server a facsimile number or e-mail address to which supplemental and/or subsequent services may be made or other verifiable electronic means, including e-mail, if transmitted from within the District shall be deemed to have been made within the district; and it is further

ORDERED, that service on any garnishee as described above is deemed effective continuous services throughout the day from the time of each service through the opening of the garnishee's business the next business day, and it is further

ORDERED, that pursuant to Federal Rule of Civil Procedure (5(b)(2)(D) each garnishee may consent in writing to accept service by any other means, and it is further

ORDERED, that a copy of this Order be attached to and served with said process of maritime Attachment and Garnishment.

NOW, on reading and filing the Affidavit of EDWARD A. KEANE, sworn to on August 21, 2007, and good cause having been shown, it is hereby

FURTHER ORDERED, that Edward A. Keane, Cornelius A. Mahoney, Garth S. Wolfson, Jorge A. Rodriguez, Marie Cush, or any other partner, associate, paralegal or other agent of MAHONEY & KEANE, LLP be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Attachment and Garnishment and the Complaint, together with any interrogatories, upon garnishee(s) Bank of America, Bank of New York, Citibank N.A., HSBC Bank USA NA, J.P.Morgan Chase, Standard Chartered Bank, Siam Commercial Bank, Wachovia Bank N.A., Deutsche Bank AG, ABN AMRO Bank NV, and/or American Express Bank Ltd., together with any other garnishee(s) who (based upon information developed subsequent hereto by Plaintiff) may hold assets of, for, or on behalf of Defendants.

Dated: New York, New York

August 22, 2007

/s/
U.S.D.J.
**LAURA TAYLOR SWAIN U.S.D.J.**
Part I

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK
BY _____
    DEPUTY CLERK

- 3 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MEDITERRANEAN SHIPPING
COMPANY S.A.,

            Plaintiff,

-against-

WORLDWIDE PAPER CO., d/b/a
SINGAPORE RECYCLE CENTRE PTE
LTD., d/b/a XINTAR INTERNATIONAL
TRADING AND TECHNOLOGIES, INC.,
d/b/a SCT CO., LTD., d/b/a
PENINPLASTIC S.L. d/b/a OSK PAPER
INTERNATIONAL INC.,

            Defendants.

07 CV 7438

SUMMONS AND PROCESS
OF ATTACHMENT AND
GARNISHMENT

---

The President of the United States to

The Marshal of the Southern District of New York Greeting:

      **WHEREAS**, a Complaint has been filed in the United States District Court for the Southern District of New York, on the twenty-second day of August, 2007, by MEDITERRANEAN SHIPPING COMPANY S.A. ("MSC" or "Plaintiff"), Plaintiff, against **WORLDWIDE PAPER CO. ("WORLDWIDE") and SINGAPORE RECYCLE CENTRE PTE LTD. ("SINGAPORE")**, Defendants and owners of various accounts, in an action for damages for breach of a charter agreement, in the amount of **$1,244,182.87** and praying that process may issue in due form of law and according to the practice of this Court against Defendants, and for the attachment of the goods and chattels of said Defendants;

      **NOW**, therefore, we do hereby empower and strictly charge and command you, the said Marshal, to cite and admonish the said Defendants, and that if the said Defendants cannot be found in the Southern District of New York, that you attach Defendants' goods and chattels in said District, to the amount sued for; and if no goods and chattels can be found, that you attach Defendants' debt, credits and effects, to the amount sued for, in the hands of garnishees named in the Complaint, specifically including the following:

Standard Chartered Bank
1 Madison Avenue
New York, NY 10010-3603

Bank of America
c/o Zeichner Ellman & Krause, LLP
575 Lexington Ave.
New York, NY 10022

| | |
|---|---|
| The Bank of New York<br>One Wall Street<br>New York, NY 10286 | Deutsche Bank A.G.<br>60 Wall Street<br>New York, New York 10005 |
| Wachovia Bank N.A.<br>1755 Broadway<br>New York, NY 10019 | Citi Bank<br>Corportate Litigation for International Operations<br>1 Court Square<br>Long Island City, NY 11101 |
| HSBC Bank USA N.A.<br>102 Broadway<br>New York, NY 10271 | J.P. Morgan Chase<br>280 Broadway<br>New York, NY 10007 |

You are also directed to notify the above garnishees, that:

(1). An attachment has been commenced against the Defendants;

(2). The garnishees are required to file in the office of the Clerk of the United States District Court for the Southern District of New York within twenty (20) days from the service of this Writ, a report, under oath, setting forth in detail all debts owing by the garnishees to the Defendants; all property of the Defendants in the possession, custody or control of the garnishees or to which the garnishees hold legal title; all property which is held by the garnishees as fiduciary in which the Defendants have an interest; and whether any property attached is immune or exempt from attachment; and

(3). The garnishees are enjoined from paying any debt to or for the account of Defendants, and from delivering any property owned by the Defendants to or for the account of the Defendants or otherwise disposing thereof;

(4). The garnishees are required to promptly forward a copy of this Writ to the Defendants.

**PLEASE TAKE NOTICE** that if the property of the Defendants are found in the possession of anyone not a garnishee, you are directed to notify him that he has been added as a garnishee, is directed to file a report, and is enjoined as above stated.

**PLEASE TAKE FURTHER NOTICE** that you are directed to notify Defendants that the Plaintiff has commenced a Foreign Attachment against them which they are required to defend.

Amount of Plaintiff's claim: $1,244,182.87

A CERTIFIED COPY
J. MICHAEL McMAHON,       CLERK

_____
Clerk    8/23/07

BY _____
DEPUTY CLERK

- 2 -