UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. FILED
JAN 22 2008
S.D. OF N.Y.

---

MEDITERRANEAN SHIPPING COMPANY S.A.,
                              Plaintiff,

                    -V-

WORLDWIDE PAPER CO., et al
                              Defendants,

**CERTIFICATE OF MAILING**

07 CV 7438 (AKH)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**22ND  day of January, 2008**

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**22nd day of August, 2007**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8327 3880 1796**

_J. Michael McMahon_
                                                    CLERK

Dated: New York, NY

Edward A. Keane*
Cornelius A. Mahoney*
Garth S. Wolfson*

Jorge A. Rodriguez*†

Of Counsel
Stephen J. Murray

*Also admitted in NJ
†Also admitted in CT

## MAHONEY & KEANE, LLP
*Attorneys at Law*
*111 Broadway, Tenth Floor*
*New York, New York 10006*
Telephone (212) 385-1422
Facsimile (212) 385-1605
lawoffices@mahoneykeane.com

Connecticut Office

14 Pilgrim Lane
Weston, CT 06883
Tel: (203) 222-1019
Fax: (203) 222-0252

January 21, 2008

United States District Court

---

**FedEx** *International Air Waybill*    82/100    20529034
Express    For all international shipments

**Sender's Copy**

**From** Please print and press hard.

Date 01/21/08    Sender's FedEx Account Number 1090-1361-7

Sender's Name Jorge A. Rodriguez    Phone 212 385-1422

Company MAHONEY & KEANE

Address 111 BROADWAY FL 10

City NEW YORK    State/Province NY

Country USA    ZIP/Postal Code 10006

**Your Internal Billing Reference** 12/3441 OPTIONAL
First 24 characters will appear on invoice.

**To**
Recipient's Name    Phone

Company SCT Co Ltd.

Address 1 Siam Cement Road

Bangsue

City Bangkok    State/Province

Country Thailand    ZIP/Postal Code 10800

**Recipient's Tax I.D. number for Customs purposes**
e.g., GST/RFC/VAT/EIN/SSN, or as locally required

**Shipment Information**    ☐ For EU Only: Tick here if goods are not in free circulation and provide C.I.    ALL shipments can be subject to Customs charges

Shipper's Load and Count/SLAC    Total Packages    Total Weight ___ lbs. ___ kg    DIM L ___ / W ___ / H ___ in. cm

Commodity Description    Harmonized Code    Country of Manufacture    Value for Customs REQUIRED

legal docs.    no commercial value

U.S. Export Only Check One    ☐ No SED required, value $2500 or less per Schedule B Commodity number    Total Declared Value for Carriage    Total Value for Customs (Specify Currency)
☐ No SED required per Exemption
☐ SED attached (provide export license no. and exp. date or license-exception symbol, w/ECCN if applicable)

**5 Express Package Service**    *Not all services and options are available to all destinations.*
*Packages up to 150 lbs. / 68 kg. For packages over 150 lbs. / 68 kg, use the FedEx Expanded Service Intl. Air Waybill.*

☒ FedEx Intl. Priority    ☐ FedEx Intl. First Available to select locations **Higher rates apply.**

☐ FedEx Intl. Economy FedEx Envelope and FedEx Pak rate not available    ☐ FedEx Intl. Extra Hours Available for select locations **NEW**

**6 Packaging**    *These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority and FedEx Intl. Extra Hours only.*

☒ FedEx Envelope    ☐ FedEx Pak    ☐ Other Pkg. Includes FedEx Box, FedEx Tube, and customer pkg.    ☐ FedEx 10kg Box    ☐ FedEx 25kg Box

**7 Special Handling**

☐ HOLD at FedEx Location    ☐ SATURDAY Delivery Available to select locations Available for FedEx Intl. Priority only

**Shipper must check / tick:**
☒ This shipment does not contain Dangerous Goods.
*Dangerous Goods cannot be shipped using this Air Waybill.*

**8a Payment** *Bill transportation charges to:*    *Enter FedEx Acct. No. or Credit Card No. below.*

☒ Sender Acct. No. in Section 1 will be billed.    ☐ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash/Check/Cheque FedEx Use Only

FedEx Acct. No.
Credit Card No.

Credit Card Exp. Date

**8b Payment** *Bill duties and taxes to:*    *Enter FedEx Acct. No. below.*    *FedEx cannot estimate Customs charges.*

☒ Sender Acct. No. in Section 1 will be billed.    ☐ Recipient    ☐ Third Party

FedEx Acct. No.

**9 Required Signature**
Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature: _____    Date Executed: 1/21/08

*This is not authorization to deliver this shipment without a recipient signature.*

For Completion Instructions, see back of fifth page.

FedEx Tracking Number 8327 3880 1796

Form I.D. No. 0402

PART 155604•Rev. Date 10/00
©1994-2000 FedEx
PRINTED IN U.S.A.

412

**Questions?**
Visit our Web site at fedex.com
or
In the U.S., call (800)247-4747
Outside the U.S., call your local FedEx office
The terms and conditions of service may vary from country to country. Consult our local office for specific information.
Non-Negotiable International Air Waybill • ©1994-2000 Federal Express Corporation