UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDITERRANEAN SHIPPING COMPANY S.A., Plaintiff, | **CERTIFICATE OF MAILING** |
| -V- | |
| WORLDWIDE PAPER CO., et al Defendants, | 07 CV 7438 (AKH) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**22ND day of January, 2008**

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**22nd day of August, 2007**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8327 3880 1800**

*J. Michael McMahon*
CLERK

Dated: New York, NY

Edward A. Keane*
Cornelius A. Mahoney*
Garth S. Wolfson*

Jorge A. Rodriguez*†

Of Counsel
Stephen J. Murray

*Also admitted in NJ
†Also admitted in CT

# MAHONEY & KEANE, LLP
*Attorneys at Law*
*111 Broadway, Tenth Floor*
*New York, New York 10006*
Telephone (212) 385-1422
Facsimile  (212) 385-1605
lawoffices@mahoneykeane.com

Connecticut Office

14 Pilgrim Lane
Weston, CT 06883
Tel: (203) 222-1019
Fax: (203) 222-0252

January 21, 2008

---

**FedEx International Air Waybill**

1. **From**
   Date: 01/21/08
   Sender's FedEx Account Number: 1090-1361-7
   Sender's Name: Jorge A. Rodriguez
   Phone: 212 385-1422
   Company: MAHONEY & KEANE
   Address: 111 BROADWAY FL 10
   City: NEW YORK   State/Province: NY
   Country: USA   ZIP: 10006

2. **Your Internal Billing Reference:** 12/3441

3. **To**
   Company: Xintar Int'l Trading + Technologies
   Address: 4721 Highway 7
   City: E. Markham   State/Province: Ontario
   Country: Canada   Postal Code: L3P7S6

4. **Shipment Information**
   Commodity Description: legal docs
   Country of Manufacture: no commercial value

5. **Express Package Service:** FedEx Intl. Priority

6. **Packaging:** FedEx Envelope

8a. **Payment Bill transportation charges to:** Sender
8b. **Payment Bill duties and taxes to:** Sender

9. **Required Signature** — Date Executed: 1/28/08

FedEx Tracking Number: 8327 3880 1800

Form I.D. No. 0402