UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
FILED
JAN 22 2008
S.D. OF N.Y.

---

MEDITERRANEAN SHIPPING COMPANY S.A.,
                    Plaintiff,


                    -V-


WORLDWIDE PAPER CO., et al
                    Defendants,

**CERTIFICATE OF MAILING**

07 CV 7438 (AKH)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**22ND  day of January, 2008**

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**22nd day of August, 2007**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:


**8327 3880 1785**


CLERK

Dated: New York, NY

Edward A. Keane*
Cornelius A. Mahoney*
Garth S. Wolfson*
—————
Jorge A. Rodriguez*†
—————
Of Counsel
Stephen J. Murray

*Also admitted in NJ
†Also admitted in CT

**MAHONEY & KEANE, LLP**
*Attorneys at Law*
*111 Broadway, Tenth Floor*
*New York, New York 10006*
Telephone (212) 385-1422
Facsimile (212) 385-1605
lawoffices@mahoneykeane.com

Connecticut Office
—————
14 Pilgrim Lane
Weston, CT 06883
Tel: (203) 222-1019
Fax:(203) 222-0252

January 21, 2008

United States District Court

---

**FedEx Express** · *International Air Waybill*
For all international shipments

81/10    20529034

**1 From** *Please print and press hard.*

Date 01/21/08   Sender's FedEx Account Number 1090-1361-7

Sender's Name Jorge A. Rodriguez   Phone 212 385-1422

Company MAHONEY & KEANE

Address 111 BROADWAY FL 10

City NEW YORK   State/Province NY

Country USA   ZIP/Postal Code 10006

**2 Your Internal Billing Reference** 12/3441 *(first 24 characters will appear on invoice.)* OPTIONAL

**3 To**

Recipient's Name   Phone

Company Worldwide Paper Co.

Address Room 302 Wageera Building No. 2

Hoang Quoc Viet Street

City HANOI   State/Province

Country Vietnam   ZIP/Postal Code

Recipient's Tax I.D. number for Customs purposes
e.g., GST/RFC/VAT/EIN/IN, or as locally required

**4 Shipment Information**

Total Packages   Shipper's Load and Count/SLAC   Total Weight lbs. kg   DIM L / W / H in. cm

| Commodity Description REQUIRED | Harmonized Code | Country of Manufacture | Value for Customs REQUIRED |
|---|---|---|---|
| legal doc. | | | no commercial value |

For U.S. Export Only Check One ☐ No SED required per Exemption
☐ No SED required, value $2500 or less per Schedule B Commodity number
Total Declared Value for Carriage
Total Value for Customs (Specify Currency)
☐ SED attached/provide export license no. and exp. date or license exemption symbol, w/ECCN if applicable)

**5 Express Package Service** *Packages up to 150 lbs. / 68 kg*
For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl. Air Waybill.
☒ FedEx Intl. Priority
☐ FedEx Intl. First *Available to select locations. Higher rates apply.*
☐ FedEx Intl. Economy *FedEx Envelope and FedEx Pak rate not available.*
☐ FedEx Intl. Extra Hours *NEW Available for select locations*

**6 Packaging**
☒ FedEx Envelope   ☐ FedEx Pak   ☐ Other Pkg. *FedEx Box, FedEx Tube, and customer pkg.*   ☐ FedEx 10kg Box   ☐ FedEx 25kg Box
*These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority and FedEx Intl. Extra Hours only.*

**7 Special Handling**
☐ HOLD at FedEx Location   ☐ SATURDAY Delivery *Available to select locations. Available for FedEx Intl. Priority only*
☐ This shipment does not contain Dangerous Goods.
*Shipper must check / tick:*
*Dangerous Goods cannot be shipped using this Air Waybill.*

**8a Payment** *Bill transportation charges to:*
☒ Sender Acct. No. in Section 1 will be billed.   *Enter FedEx Acct. No. or Credit Card No. below.*
☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check/Cheque *FedEx Use Only*
FedEx Acct. No.
Credit Card No.
Credit Card Exp. Date

**8b Payment** *Bill duties and taxes to:*   *FedEx cannot estimate Customs charges.*
☒ Sender Acct. No. in Section 1 will be billed.   *Enter FedEx Acct. No. below.*
☐ Recipient   ☐ Third Party
FedEx Acct. No.

**9 Required Signature**
Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.
Sender's Signature:   Date Executed: 1/21/08.
*This is not authorization to deliver this shipment without a recipient signature.*

For Completion instructions, see back of fifth page.

FedEx Tracking Number 8327 3880 1785   Form I.D. No. 0402

412

PART 160004 Rev. Date 1 ©1994–2000 FedEx PRINTED IN U.S.A.

**Questions?**
Visit our Web site at fedex.com
or
In the U.S., call (800)247-4747
Outside the U.S., call your local FedEx office
The terms and conditions of service may vary from country to country. Consult our local office for specific information.
Non-Negotiable International Air Waybill • ©1994–2000 Federal Express Corporation