UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDITERRANEAN SHIPPING COMPANY S.A., Plaintiff, | **CERTIFICATE OF MAILING** |
| -V- | |
| WORLDWIDE PAPER CO., et al Defendants, | 07 CV 7438 (AKH) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**22ND day of January, 2008**

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**22nd day of August, 2007**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8546 7951 0783**

*J. Michael McMahon*
CLERK

Dated: New York, NY

Edward A. Keane*
Cornelius A. Mahoney*
Garth S. Wolfson*

Jorge A. Rodriguez*†

Of Counsel
Stephen J. Murray

*Also admitted in NJ
†Also admitted in CT

# MAHONEY & KEANE, LLP
*Attorneys at Law*
111 Broadway, Tenth Floor
New York, New York 10006
Telephone (212) 385-1422
Facsimile (212) 385-1605
lawoffices@mahoneykeane.com

Connecticut Office

14 Pilgrim Lane
Weston, CT 06883
Tel: (203) 222-1019
Fax: (203) 222-0252

January 21, 2008

## FedEx International Air Waybill

/0038/0050/0031834770/2

**1 From**
Date: 01/21/08
Sender's FedEx Account Number: 1090-1361-7
Sender's Name: Jorge A. Rodriguez
Company: MAHONEY & KEANE
Address: 111 BROADWAY FL 10
City: NEW YORK   State/Province: NY
Country: USA   ZIP/Postal Code: 100061901

**2 To**
Company: Worldwide Paper Co.
Address: 21F, Zhong Xin Mansion
Address: No. 247, Liao Ning Rd.
City: Qingdao
Country: China

**4 Express Package Service:** ☒ FedEx Intl. Priority

**5 Packaging:** ☒ FedEx Envelope

**7a Payment:** ☒ Sender

**7b Payment Bill duties and taxes to:** ☒ Sender

**8 Your Internal Billing Reference:** 12/3441

**Commodity Description:** legal doc.
no commercial value

**FedEx Tracking Number:** 8546 7951 0783