

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDITERRANEAN SHIPPING COMPANY S.A.,<br>      Plaintiff,<br><br>-V-<br><br>WORLDWIDE PAPER CO., et al<br>      Defendants, | **CERTIFICATE OF MAILING**<br><br><br>07 CV 7438 (AKH) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 22ND day of January, 2008

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 22nd day of August, 2007

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

### 8327 3880 1899

*J. Michael McMahon*
CLERK

Dated: New York, NY

Edward A. Keane*
Cornelius A. Mahoney*
Garth S. Wolfson*

Jorge A. Rodriguez*†

Of Counsel
Stephen J. Murray

*Also admitted in NJ
†Also admitted in CT

# MAHONEY & KEANE, LLP

*Attorneys at Law*
*111 Broadway, Tenth Floor*
*New York, New York 10006*
Telephone (212) 385-1422
Facsimile (212) 385-1605
lawoffices@mahoneykeane.com

Connecticut Office

14 Pilgrim Lane
Weston, CT 06883
Tel: (203) 222-1019
Fax: (203) 222-0252

January 21, 2008

United States District Court

---

**FedEx International Air Waybill** — 92/100    20529034

**From:**
- Date: 01/21/08
- Sender's FedEx Account Number: 1090-1361-7
- Sender's Name: Jorge A. Rodriguez
- Phone: 212 385-1422
- Company: MAHONEY & KEANE
- Address: 111 BROADWAY FL 10
- City: NEW YORK
- State/Province: NY
- Country: USA
- ZIP/Postal Code: 10006
- Your Internal Billing Reference: 12/3441

**To:**
- Company: Singapore Recycle Centre Pte Ltd.
- Address: No 10 Tuas Avenue 16
- Singapore 638931

**Shipment Information:**
- Commodity Description: Legal doc.
- Value for Customs: Commercial value

**5 Express Package Service:** FedEx Intl. Priority
**6 Packaging:** FedEx Envelope
**8a Payment:** Sender
**8b Payment (duties and taxes):** Sender

Date Executed: 1/21/08

FedEx Tracking Number: 8327 3880 1899
Form I.D. No.: 0402
412