UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MEDITERRANEAN SHIPPING COMPANY S.A.,
                           Plaintiff,

-V-

WORLDWIDE PAPER CO., et al
                           Defendants,

**CERTIFICATE OF MAILING**

07 CV 7438 (AKH)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**22ND day of January, 2008**

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**22nd day of August, 2007**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8327 3880 1903**

*J. Michael McMahon*
CLERK

Dated: New York, NY

Edward A. Keane*
Cornelius A. Mahoney*
Garth S. Wolfson*

Jorge A. Rodriguez*†

Of Counsel
Stephen J. Murray

*Also admitted in NJ
†Also admitted in CT

# MAHONEY & KEANE, LLP

*Attorneys at Law*
*111 Broadway, Tenth Floor*
*New York, New York 10006*
Telephone (212) 385-1422
Facsimile (212) 385-1605
lawoffices@mahoneykeane.com

Connecticut Office

14 Pilgrim Lane
Weston, CT 06883
Tel: (203) 222-1019
Fax: (203) 222-0252

January 21, 2008

---

**FedEx International Air Waybill** — 8327 3880 1903

**From:** Jorge A. Rodriguez, Mahoney & Keane, 111 Broadway FL 10, New York, NY 10006, USA
Phone: 212 385-1422
Sender's FedEx Account Number: 1090-1361-7
Date: 01/21/08
Internal Billing Reference: 12/3441

**To:** Singapore Recycle Centre Pte Ltd
28 Sungei Kadut Way #02-00
Singapore 729570

Service: FedEx Intl. Priority
Packaging: FedEx Envelope
Commodity Description: legal documents — No Value
Date Executed: 1/21/08
412
0402