AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS, COMPLAINT, SCHEDULES, ATTORNEY VERIFICATION** |
| EFFECTED (1) BY ME: | **OUT OF STATE** |
| TITLE: | **PROCESS SERVER**  DATE: 1-25/08 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:   @ 11:50 AM

[ ] Served personally upon the defendant:

SINGAPORE RECYCLE CENTRE PTE LTD.

Place where served:

1800 W. Winchester, Suite 206, Libertyville IL 60048

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Asaka Marimoto

Relationship to defendant: legal assistant

Description of person accepting service:

SEX: F  AGE: 45  HEIGHT: 5'7  WEIGHT: 130  SKIN: Korean  HAIR: Black  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ ____.__    SERVICES $ ____.__    TOTAL $ ____.__

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 1/28/2008         _____ L.S. Robert Brady
                SIGNATURE OF OUT OF STATE
                GUARANTEED SUBPOENA SERVICE, INC.
                2009 MORRIS AVENUE
                UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | JORGE A. RODRIGUEZ |
| PLAINTIFF: | MEDITERRANEAN SHIPPING COMPANY, S.A. |
| DEFENDANT: | WORLDWIDE PAPER CO., ET ALS |
| VENUE: | SOUTHERN DISTRICT OF NEW YORK |
| DOCKET: | 07 CV 7438 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.