AO 440 (Rev. 10/93) Summons in a Civil Action          **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF:<br>EFFECTED (1) BY ME:<br>TITLE: | **SUMMONS, COMPLAINT, SCHEDULES, ATTORNEY VERIFICATION**<br>**OUT OF STATE**<br>**PROCESS SERVER**          DATE: _1-25-08_ |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

@ 11:50AM

[ ] Served personally upon the defendant:

WORLDWIDE PAPER CO.

Place where served:

_1800 W Winchester Rd, Suite 206, Libertyville IL 60048_

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

_Asaka Morimoto_

Relationship to defendant: _Legal assistant_

Description of person accepting service:

SEX: _F_ AGE: _45_ HEIGHT: _5'7_ WEIGHT: _130_ SKIN: _Korean_ HAIR: _Black_ OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___          SERVICES $ _____.___          TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: _1 28 / 2008_          _____ L.S. _Robert Brady_
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | JORGE A. RODRIGUEZ |
| PLAINTIFF: | MEDITERRANEAN SHIPPING COMPANY, S.A. |
| DEFENDANT: | WORLDWIDE PAPER CO., ET ALS |
| VENUE: | SOUTHERN DISTRICT OF NEW YORK |
| DOCKET: | 07 CV 7438 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.