AO 440 (Rev. 10/93) Summons in a Civil Action        **RETURN OF SERVICE**

SERVICE OF:        **SUMMON, COMPLAINT**
EFFECTED (1) BY ME:    **OUT OF STATE**
TITLE:            **PROCESS SERVER**

DATE:    2/15/08  @ 10:45am

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

OSK PAPER INTERNATIONAL , INC. C/O STEVEN S. OW, R.A.

Place where served:

3398 Kiveton Ct., NOrcross, GA 30092

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant:

Description of person accepting service:
SEX: M  AGE: 47  HEIGHT: 5'6"  WEIGHT: 170  SKIN: W  HAIR: Blk  OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____        SERVICES $ _____        TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 2 / 22 / 2008        *Bernard Wool* .S.
            SIGNATURE OF OUT OF STATE
        GUARANTEED SUBPOENA SERVICE, INC.
                2009 MORRIS AVENUE
                UNION, NJ 07083

ATTORNEY:    EDWARD A. KEANE, ESQ.
PLAINTIFF:    MEDITERRANEAN SHIPPING COMPNY
DEFENDANT:    WORLDWIDE PAPER CO, ET AL
VENUE:        SOUTHERN DISTRICT OF NEW YORK
DOCKET:        07 CV 7438

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

R R